JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDGAR MARZPANYAN,

                  Petitioner,

      v.

SECRETARY OF HOMELAND SECURITY, *et al.*,

              Respondents.

Case No. 5:26-cv-02035-FLA (SK)

**JUDGMENT**

Pursuant to the court's Order Granting Petitioner's Unopposed Petition for Writ of *Habeas Corpus*, IT IS ORDERED AND ADJUDGED that the Petition (Dkt. 1) is GRANTED and Judgment is ENTERED in Petitioner's favor.

IT IS SO ORDERED.

Dated: May 18, 2026



FERNANDO L. AENLLE-ROCHA
United States District Judge

1